## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ELAINE JACKSON, as next friend of CHEIKH JACKSON and OKOFO JACKSON, and DEWAYNE CHARLESTON;** | § § § § § | |
| **Plaintiffs,** | § § | |
| **vs.** | § § | **Case No. 07-3086** |
| **WALLER INDEPENDENT SCHOOL DISTRICT;** | § § § | |
| **Defendant.** | § § | |

### DECLARATION OF STACEY NEUMANN VU

1. My name is Stacey Neumann Vu. I am counsel for Defendant Waller Independent School District in the above-referenced action.

2. Attached as Exhibit A is a true and correct copy of the Unofficial Cumulative Report and Precinct Reports from the May 10, 2008 Waller ISD Board of Trustees Election.

3. Attached as Exhibit B is a true and correct copy of an election flyer that I understand was distributed to students at Prairie View A&M University.

4. Attached as Exhibit C is a true and correct copy of e-mail correspondence between Ty Clevenger to Pat Mizell dated May 13, 2008 discussing the flyer attached as Exhibit B.

5. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 22, 2008.

_____
Stacey Neumann Vu

# Exhibit A

# Cumulative Report — Unofficial
## Waller, Texas — Waller ISD Board of Trustees Election — May 10, 2008
Page 1 of 1

05/12/2008 03:10 PM

Precincts Reporting 4 of 4 = 100.00%

Total Number of Voters : 1,317 of 39,996 = 3.29%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **Trustee, Position 1, Vote For 1** | | | | | | | |
| | Jemiah Richards | 116 | 13.02% | 44 | 10.48% | 160 | 12.20% |
| | David A. Kirkpatrick | 775 | 86.98% | 376 | 89.52% | 1,151 | 87.80% |
| | Cast Votes: | 891 | 99.66% | 420 | 99.29% | 1,311 | 99.54% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 3 | 0.34% | 3 | 0.71% | 6 | 0.46% |
| **Trustee, Position 2, Vote For 1** | | | | | | | |
| | Shaun P. Nelson | 761 | 85.60% | 337 | 81.40% | 1,098 | 84.27% |
| | Charli Cooksey | 128 | 14.40% | 77 | 18.60% | 205 | 15.73% |
| | Cast Votes: | 889 | 99.44% | 414 | 97.87% | 1,303 | 98.94% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 5 | 0.56% | 9 | 2.13% | 14 | 1.06% |

**Precinct Report — Unofficial**
**Waller, Texas — Waller ISD Board of Trustees Election — May 10, 2008**
Page 1 of 4

05/12/2008 03:11 PM
Precincts Reporting 4 of 4 = 100.00%

Total Number of Voters : 1,317 of 39,996 = 3.29%

| Party / Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|
| **Precinct 1-Junior High (Ballots Cast: 624)** | | | | | | |
| **Trustee, Position 1, Vote For 1** | | | | | | |
| Jemiah Richards | 4 | 0.93% | 5 | 2.56% | 9 | 1.44% |
| David A. Kirkpatrick | 424 | 99.07% | 190 | 97.44% | 614 | 98.56% |
| Cast Votes: | 428 | 99.77% | 195 | 100.00% | 623 | 99.84% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 1 | 0.23% | 0 | 0.00% | 1 | 0.16% |
| **Trustee, Position 2, Vote For 1** | | | | | | |
| Shaun P. Nelson | 419 | 97.90% | 184 | 95.34% | 603 | 97.10% |
| Charli Cooksey | 9 | 2.10% | 9 | 4.66% | 18 | 2.90% |
| Cast Votes: | 428 | 99.77% | 193 | 98.97% | 621 | 99.52% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 1 | 0.23% | 2 | 1.03% | 3 | 0.48% |

2

# Precinct Report — Unofficial
## Waller, Texas — Waller ISD Board of Trustees Election — May 10, 2008
### Page 2 of 4

05/12/2008 03:11 PM
Precincts Reporting 4 of 4 = 100.00%

Total Number of Voters : 1,317 of 39,996 = 3.29%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **Precinct 2 Comm Ctr (Ballots Cast: 310)** | | | | | | | |
| Trustee, Position 1, Vote For 1 | | | | | | | |
| | Jemiah Richards | 110 | 57.89% | 31 | 31.03% | 146 | 47.71% |
| | David A. Kirkpatrick | 80 | 42.11% | 80 | 68.97% | 160 | 52.29% |
| | Cast Votes: | 190 | 99.48% | 116 | 97.48% | 306 | 98.71% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.52% | 3 | 2.52% | 4 | 1.29% |
| Trustee, Position 2, Vote For 1 | | | | | | | |
| | Shaun F. Nelson | 75 | 40.11% | 55 | 49.11% | 130 | 43.48% |
| | Charll Cooksey | 112 | 59.89% | 57 | 50.89% | 169 | 56.52% |
| | Cast Votes: | 187 | 97.91% | 112 | 94.12% | 299 | 96.45% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 4 | 2.09% | 7 | 5.88% | 11 | 3.55% |

3

# Precinct Report — Unofficial
## Waller, Texas — Waller ISD Board of Trustees Election — May 10, 2008
Page 3 of 4

05/12/2008 03:11 PM
Precincts Reporting 4 of 4 = 100.00%

Total Number of Voters : 1,317 of 39,996 = 3.29%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| | **Precinct 3 Roberts Rd (Ballots Cast: 126)** | | | | | | |
| | **Trustee, Position 1, Vote For 1** | | | | | | |
| | Jemiah Richards | 2 | 2.00% | 0 | 0.00% | 2 | 1.59% |
| | David A. Kirkpatrick | 98 | 98.00% | 26 | 100.00% | 124 | 98.41% |
| | **Cast Votes:** | 100 | 100.00% | 26 | 100.00% | 126 | 100.00% |
| | **Over Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | **Under Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | **Trustee, Position 2, Vote For 1** | | | | | | |
| | Shaun P. Nelson | 94 | 94.00% | 26 | 100.00% | 120 | 95.24% |
| | Charll Cooksey | 6 | 6.00% | 0 | 0.00% | 6 | 4.76% |
| | **Cast Votes:** | 100 | 100.00% | 26 | 100.00% | 126 | 100.00% |
| | **Over Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | **Under Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

# Precinct Report — Unofficial
## Waller, Texas — Waller ISD Board of Trustees Election — May 10, 2008
### Page 4 of 4

05/12/2008 03:11 PM
Precincts Reporting 4 of 4 = 100.00%

Total Number of Voters : 1,317 of 39,996 = 3.29%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **Precinct 4 Fields Store (Ballots Cast: 257)** | | | | | | | |
| **Trustee, Position 1, Vote For 1** | | | | | | | |
| | Jemiah Richards | 0 | 0.00% | 3 | 3.61% | 3 | 1.17% |
| | David A. Kirkpatrick | 173 | 100.00% | 80 | 96.39% | 253 | 98.83% |
| | Cast Votes: | 173 | 98.43% | 83 | 100.00% | 256 | 99.61% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.57% | 0 | 0.00% | 1 | 0.39% |
| **Trustee, Position 2, Vote For 1** | | | | | | | |
| | Shaun P. Nelson | 1 | 0.57% | 11 | 13.25% | 12 | 4.67% |
| | Charli Cooksey | 173 | 99.43% | 72 | 86.75% | 245 | 95.33% |
| | Cast Votes: | 174 | 100.00% | 83 | 100.00% | 257 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

5

# Exhibit B





# Exhibit C

## Vu, Stacey

| | |
|---|---|
| **From:** | Ty Clevenger [tyclevenger@yahoo.com] |
| **Sent:** | Tuesday, May 13, 2008 8:44 PM |
| **To:** | Mizell, Pat; Sylvia Cedillo |
| **Cc:** | Vu, Stacey; Mehta, Persis |
| **Subject:** | Re: Results and pushcard |

Mr. Charleston has no comment on the flyer. Do you have any election-day results that are broken down by polling site? As I understand the attachment you sent, the only site-specific results are the early voting results.

----- Original Message ----
From: "Mizell, Pat" <pmizell@velaw.com>
To: Ty Clevenger <tyclevenger@yahoo.com>; Sylvia Cedillo <sylviacedillo@yahoo.com>
Cc: "Vu, Stacey" <svu@velaw.com>; "Mehta, Persis" <pmehta@velaw.com>
Sent: Tuesday, May 13, 2008 2:58:26 PM
Subject: Results and pushcard

Attached are the results. Also attached is a flyer, please confirm that Dewayne Charleston published it, or it was published at his direction.

*Patrick W. Mizell*
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel 713.758.2932
Fax 713.615.5912
Cell 713.628.9935
pmizell@velaw.com

**Treasury Circular 230 Disclosure:** To the extent this communication contains any stat
that statement was not written or intended to be used, and it cannot be used, by an
federal tax penalties that may be imposed on that person, or (ii) to promote, marke
any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or pri
intended to be reviewed by only the individual or organization named above. If you
authorized representative of the intended recipient, you are hereby notified that a
of this email and its attachments, if any, or the information contained herein is p
email in
error, please immediately notify the sender by return email and delete this email f

Thank You.

5/21/2008