# Vinson&Elkins

Stacey Neumann Vu  svu@velaw.com
Tel 713.758.2542  Fax 713.615.5092

July 8, 2009

Judge Lee H. Rosenthal
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

Re:   Case No. 07-3086; *Elaine Jackson, as next friend of Cheikh Jackson and Okofo Jackson, and Dewayne Charleston v. Waller Independent School District*; **In the United States District Court for the Southern District of Texas**

Dear Judge Rosenthal:

Attached is a verified copy of the Jones Elementary School TAKS test results, which were presented to the Court at the status conference on June 26, 2009 in supplementation of Waller ISD's motion for summary judgment.

Sincerely,

*[signature]*

Stacey Neumann Vu

SNVu:pl
Houston 4053283v1

cc:   Ty Clevenger

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel 713.758.2222  Fax 713.758.2346  www.velaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ELAINE JACKSON, as next friend of CHEIKH JACKSON and OKOFO JACKSON, and DEWAYNE CHARLESTON; | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 07-3086 |
| WALLER INDEPENDENT SCHOOL DISTRICT; | § § § § | |
| Defendant. | § § | |

## DECLARATION OF RICHARD T. MCREAVY

1. My name is Richard T. McReavy. I am the Superintendant of Defendant Waller Independent School District.

2. Attached as Exhibit A is a true and correct copy of information reflecting the unofficial results of the Texas Assessment of Knowledge and Skills ("TAKS") testing of Jones Elementary School students in 2009. We expect that when these results become official on July 31, 2009, Jones Elementary School will meet all criteria to be an Exemplary Campus for School Year 2008-2009 under the State of Texas TAKS Accountability Criteria. The Exemplary designation is the highest rating label a school can achieve. To achieve an Exemplary designation, at least 90% of students in each racial subcategory, and at least 90% of economically disadvantaged students, must pass the TAKS exam. (Smaller groups, below the size of 30 students, are not considered in the Texas Education Agency's calculation for campus ratings.) We expect from the unofficial results that Jones Elementary and only one other school in Waller ISD (Fields Store Elementary) will achieve this status for 2009.

3. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 6, 2009.

_____
Richard T. McReavy

# Exhibit A

# TAKS Accountability Report

**District:** Waller ISD
**Testing Campus:** JONES ELEMENTARY
**Testing Grade:** All Grades
**Testing Year:** 2009
**Projected Year:**
**Admin Date:** All Admin Dates

### MATHEMATICS

| Student Group | # Students Scored | % Students Scored | % Students Passing | # from AA (55%) | # from RE (75%) | # from EX (90%) |
|---|---|---|---|---|---|---|
| All Students | 50 | 100% | 100.0% | - | - | - |
| African American | 34 | 68.0% | 100.0% | - | - | - |
| Hispanic | 13 | 26.0% | 100.0% | - | - | - |
| White | 3 | 6.0% | 100.0% | - | - | - |
| Econ. Dis. | 39 | 78.0% | 100.0% | - | - | - |

### WRITING

| Student Group | # Students Scored | % Students Scored | % Students Passing | # from AA (70%) | # from RE (75%) | # from EX (90%) |
|---|---|---|---|---|---|---|
| All Students | 16 | 100% | 87.5% | - | - | - |
| African American | 12 | 75.0% | 83.3% | - | - | 1 |
| Hispanic | 3 | 18.8% | 100.0% | - | - | - |
| White | 1 | 6.3% | 100.0% | - | - | - |
| Econ. Dis. | 14 | 87.5% | 85.7% | - | - | 1 |

### SOCIAL STUDIES

| Student Group | # Students Scored | % Students Scored | % Students Passing |
|---|---|---|---|
| | | | Test not offered. |

### READING/ELA

| Student Group | # Students Scored | % Students Scored | % Students Passing | # from AA (70%) | # from RE (75%) | # from EX (90%) |
|---|---|---|---|---|---|---|
| All Students | 51 | 100% | 94.1% | - | - | - |
| African American | 35 | 68.6% | 94.3% | - | - | - |
| Hispanic | 13 | 25.5% | 100.0% | - | - | - |
| White | 3 | 5.9% | 66.7% | - | - | 1 |
| Econ. Dis. | 40 | 78.4% | 95.0% | - | - | - |

### SCIENCE

| Student Group | # Students Scored | % Students Scored | % Students Passing |
|---|---|---|---|
| | | | Test not offered. |

AA = Academically Acceptable
RE = Recognized
EX = Exemplary

Jones Elementary School meets all criteria to be an Exemplary Campus for School Year 2008-2009 under the State of Texas TAKS Accountability Criteria.

The data (1 from Exemplary) for Writing in 2 student groups Economically Disadvantaged and African American will not be counted in the campus TAKS Accountability report. The number tested does meet the state's Minimum Size Criteria which uses the formula 30/10%/50. In order for a student group to be evaluated it must have a minimum of 30 students, or if comprised of 30 to 49 students it must = 10% of the All Students group, and if there are 50 in the group it is automatically evaluated. The tested groups (Students Scored) of African American and Economically Disadvantaged are both less than 30; thus, they will not be part of the evaluation for Exemplary Status.